IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )    CRIMINAL ACTION NO.
    v.                        )       2:13cr73-MHT
                              )           (WO)
NATHANIEL DEMON STOVALL       )
```

ORDER

This case is before the court on defendant Nathaniel Demon Stovall's motion for early termination of supervised release. The government and the probation office do not oppose the motion. In its response to the motion, the probation office represents that Stovall started his term of supervised release in November 2018 and, in the more than three years and eight months since then, has maintained a stable residence and full-time employment, has passed all drug screens, and has followed the probation officer's instructions and complied with all conditions of supervised release. In addition, Stovall has held his current job for well over two years--a strong sign of stability and productivity. Defense counsel also

points out that Stovall is now 49 years old and married. Based on these factors, it appears that Stovall has become a stable and productive member of society and no longer requires court supervision. The court therefore concludes that early termination of supervised release is appropriate.

Accordingly, it is ORDERED that:

(1) The motion for early termination of supervised release (Doc. 204) is granted.

(2) Defendant Nathaniel Demon Stovall's term of supervised release is terminated effective immediately, and he is discharged.

DONE, this the 21st day of July, 2022.

                                      /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**